**FILED**

TRACY L. MAINGUY, Bar No. 176928
OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br> vs. <br><br> SPECIALTY CRUSHING, INC. et al., <br><br> Defendants. | Case No.: C 04-4579 MHP <br><br> **STIPULATION FOR DISMISSAL AS TO DEFENDANT TOM CHASM; ORDER THEREON** |

Plaintiffs GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY

AND HIGHWAY COMMITTEE ("Operating Engineers Trust Funds") and Defendant TOM

CHASM, individually stipulate and agree to the following:

1.      The Operating Engineers Trust Funds and the Defendant TOM CHASM executed a

settlement agreement entitled "SETTLEMENT AGREEMENT" in order to resolve

the above-captioned proceeding.

2.      In light of the settlement agreement, the above-captioned matter is dismissed pursuant

to Federal Rule of Procedure 41(a)(1).

3.      Each party will bear their own attorneys' fees and costs relating to this proceeding.

4.      The Court will retain jurisdiction over the above-captioned proceeding to enforce the

terms of the settlement agreement referenced in paragraph 1 above.

DATED: 6/17/05

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By:
    TRACY L. MAINGUY
    ATTORNEY FOR PLAINTIFFS

DATED: 6/20/05

By:
    TOM CHASM, individually

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/22/05

MARILYN HALL PATEL
HONORABLE UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL AS TO DEFENDANT TOM CHASM; [PROPOSED] ORDER THEREON;
Case No. C 04-4579 MHP

- 2