FILED
JUN 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  TRACY L. MAINGUY, Bar No. 176928
   OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br>Plaintiffs, <br>vs. <br><br>SPECIALTY CRUSHING, INC. et al., <br><br>Defendants. | Case No.: C 04-4579 MHP <br><br>NOTICE OF AUTOMATIC STAY DUE TO DEFENDANTS' BANKRUPTCY FILING AND REQUEST FOR ORDER DIRECTING CLERK TO SUBMIT A JS-G FORM TO ADMINISTRATIVE OFFICE; [PROPOSED] ORDER THEREON |

PLEASE TAKE NOTICE THAT the Defendant SPECIALTY CRUSHING, INC., a California Corporation filed a petition for relief in the United States Bankruptcy Court for the Northern District of California (Oakland Division), Chapter 11 Case Number Case Number 05-43167 LT. Pursuant to Section 362(a) of the Bankruptcy Code, the Plaintiffs are prevented from taking any collection actions outside the bankruptcy action against Defendant SPECIALTY CRUSHING, INC.

Accordingly, Plaintiffs hereby request that the Court issue an order stating the following:

---

NOTICE OF AUTOMATICE STAY DUE TO BANKRUPTCY FILING; [PROPOSED] ORDER THEREON;
Case No. C 04-4579 MHP
- 1 -

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated this 17th day of June of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

//////

## ORDER

In light of the bankruptcy filing by Defendant SPECIALTY CRUSHING, INC., a California Corporation, it is ordered that:

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 6/22/05

HONORABLE UNITED STATES DISTRICT COURT
JUDGE MARYLYN HALL PATEL

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

MARILYN HALL PATEL
HONORABLE UNITED STATES DISTRICT JUDGE

NOTICE OF AUTOMATICE STAY DUE TO BANKRUPTCY FILING; [PROPOSED] ORDER THEREON;
Case No. C 04-4579 MHP

- 3